511 A.2d 1321

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Winston EBERHART, Petitioner.**

Supreme Court of Pennsylvania.

June 20, 1986.

## ORDER

PER CURIAM.

The petition for allowance of appeal is quashed for lack of jurisdiction. *See* 42 Pa.C.S. § 9781(f).